FILED: September 25, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4184
(3:10-cr-00111-7)
_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

BARRY ADKINS,

       Defendant – Appellant.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to dismiss, the court grants the motion. The court dismisses the appeal and remands the case to the district court with instructions to vacate the judgment of conviction, to void the criminal proceedings ab initio, including the money judgment entered against the appellant as a forfeiture, and to dismiss the indictment.

Entered at the direction of Judge Shedd with the concurrence of Judge

Wilkinson and Judge Keenan.

              For the Court

              <u>/s/ Patricia S. Connor, Clerk</u>